

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00028-CR

| | | |
|---|---|---|
| Guy Bernard Munsch, II a/k/a Guy Bernard Munsch | § | From the 355th District Court |
| | § | of Hood County (CR11798) |
| v. | § | August 21, 2014 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier

Justice Bill Meier